FILED

11/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0527

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0527

_____

JEREMY SCHMIDT,

Petitioner and Appellant,

v.

MONTANA ASSOCIATION OF COUNTIES WORK COMP TRUST,

Respondent and Appellee.

_____

On Appeal from the Workers' Compensation Court
WCC No. 2023-00175

_____

**ORDER**

_____

Upon consideration of the parties' Motion and Stipulation to Dismiss the above-entitled cause due to settlement, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 7 2024